**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **FOTOMEDIA TECHNOLOGIES, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FACEBOOK, INC.,** )<br>**MYSPACE, INC,** )<br>**TAGGED, INC.,** )<br>**INSIDER GUIDES, INC.,** )<br>and )<br>**MEMORY LANE, INC.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 1:11-cv-00826-MMB**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The plaintiff, FotoMedia Technologies, LLC, hereby files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and any other applicable provision. Defendants Facebook, Inc., MySpace, Inc., Tagged, Inc., Insider Guides, Inc. and Memory Lane, Inc. ("the Defendants") have not yet answered the Complaint and have not served a motion for summary judgment. FotoMedia Technologies, LLC hereby voluntarily dismisses this action and all of the Defendants without prejudice.

/s/ Kenneth L. Dorsney

Kenneth L. Dorsney, (DE Bar No. 3726)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Post Office Box 2306
Wilmington, DE  19899
(302) 888-6855
(302) 571-1750 (fax)
Email: kdorsney@morrisjames.com

Steven Gardner
E. Danielle Thompson Williams
Carl Sanders
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, North Carolina 27101
(336) 607-7300
(336) 607-7500 (fax)
Email: sgardner@kilpatricktownsend.com
Email: dtwilliams@kilpatricktownsend.com
Email: csanders@kilpatricktownsend.com

William H. Boice
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 (fax)
Email: bboice@kilpatricktownsend.com

*ATTORNEYS FOR PLAINTIFF*
*FOTOMEDIA TECHNOLOGIES, LLC*