AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court      **for the District of Delaware**      on the following

☐ Trademarks or    ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/15/2011 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>FotoMedia Technologies, LLC | | DEFENDANT<br><br>Facebook Inc., MySpace,Inc., Tagged, Inc.,<br>Insider Guides, Inc. and Memory Lane, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,058,399 | 5/2/2000 | FotoMedia Technologies, LLC |
| 2 | 6,324,545 | 11/27/2001 | FotoMedia Technologies, LLC |
| 3 | 7,287,088 | 10/23/2007 | FotoMedia Technologies, LLC |
| 4 | 7,587,514 | 9/8/2009 | FotoMedia Technologies, LLC |
| 5 | RE41,210E | 4/6/2010 | FotoMedia Technologies, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>     ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*See Attached Notice of Voluntary Dismissal*

| CLERK<br><br>**PETER T. DALLEO** | (BY) DEPUTY CLERK<br><br>Bob Cruickshank | DATE<br><br>DEC 2 3 2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     for the District of Delaware     on the following

☐ Trademarks or    ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/15/2011 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>FotoMedia Technologies, LLC | | DEFENDANT<br><br>Facebook Inc., MySpace,Inc., Tagged, Inc.,<br>Insider Guides, Inc. and Memory Lane, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,865,623 | 1/4/2011 | FotoMedia Technologies, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*Copy 1—Upon initiation of action, mail this copy to Director*    *Copy 3—Upon termination of action, mail this copy to Director*
*Copy 2—Upon filing document adding patent(s), mail this copy to Director*    *Copy 4—Case file copy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOTOMEDIA TECHNOLOGIES, LLC,   )
   )
      Plaintiff,   )
   )
v.   )   **Civil Action No. 1:11-cv-00826-MMB**
   )
FACEBOOK, INC.,   )
MYSPACE, INC,   )   **JURY TRIAL DEMANDED**
TAGGED, INC.,   )
INSIDER GUIDES, INC.,   )
and   )
MEMORY LANE, INC.   )
   )
      **Defendants.**   )
   )

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff, FotoMedia Technologies, LLC, hereby files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and any other applicable provision. Defendants Facebook, Inc., MySpace, Inc., Tagged, Inc., Insider Guides, Inc. and Memory Lane, Inc. ("the Defendants") have not yet answered the Complaint and have not served a motion for summary judgment. FotoMedia Technologies, LLC hereby voluntarily dismisses this action and all of the Defendants without prejudice.

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney, (DE Bar No. 3726)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Post Office Box 2306
Wilmington, DE 19899
(302) 888-6855
(302) 571-1750 (fax)
Email: kdorsney@morrisjames.com

Steven Gardner
E. Danielle Thompson Williams
Carl Sanders
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, North Carolina 27101
(336) 607-7300
(336) 607-7500 (fax)
Email: sgardner@kilpatricktownsend.com
Email: dtwilliams@kilpatricktownsend.com
Email: csanders@kilpatricktownsend.com

William H. Boice
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 (fax)
Email: bboice@kilpatricktownsend.com


*ATTORNEYS FOR PLAINTIFF*
*FOTOMEDIA TECHNOLOGIES, LLC*